THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Gregory Fulton, Petitioner, 
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

          ON WRIT OF CERTIORARI

Appeal From Clarendon County
Howard P. King, Trial Judge
George C. James, Jr., Post-Conviction
Relief Judge

Memorandum Opinion No. 2009-MO-049
 Submitted September 17, 2009  Filed
September 21, 2009                   

AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mary S. Williams, all of Columbia, for
 Respondent.
 
 
 

__________
PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because there is
 sufficient evidence to support the PCR judges finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant the
 petition for a writ of certiorari, dispense with further briefing, and proceed
 with a review of the direct appeal issue pursuant to Davis v. State, 288
 S.C. 290, 342 S.E.2d 60 (1986).

Petitioners conviction
 and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  State v.
 Burriss, 334
 S.C. 256, 513 S.E.2d 104 (1999); State
 v. Davis, 282
 S.C. 45, 317 S.E.2d 452 (1984).  

AFFIRMED.
TOAL, C.J., WALLER,
 PLEICONES, BEATTY and KITTREDGE, JJ., concur.